IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 3:23-cr-43 |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| DON CHRISTOPHER WHITE, JR., ) | T. 18 U.S.C. § 2 |
| a/k/a "Lil Duck" or "Duck", ) | T. 18 U.S.C. § 922(g)(1) |
| RASHEEM DAMONTE BOGAN, ) | T. 18 U.S.C. § 924(a)(2) |
| a/k/a "Sheem", ) | T. 18 U.S.C. § 1962(d) |
| RAHEEM JACQUES HOUSTON, ) | |
| a/k/a "Heem", ) | |
| DEAGUISE RAMONT HALL, ) | |
| BRANDON DESHANE BRANIGAN, ) | |
| a/k/a "B", ) | |
| MICHAEL LINN CROSS, ) | |
| a/k/a "Mikey", ) | |
| DEVELL CARL LEWIS, ) | |
| a/k/a "Vell", ) | |
| LASHAWN D JAMES HENSLEY, ) | |
| a/k/a "Lil Shawn", ) | |
| SIMMEON TERRELL HALL, ) | |
| RICKY LEE CHILDS, JR., ) | |
| TIMOTHY JUSTIN BEAVER, ) | |
| a/k/a "Timmie", ) | |
| DEVANTE ATWELL FRENCH, ) | |

Defendants.

**THE GRAND JURY CHARGES:**

### Introduction

1. At various times relevant to this Indictment, the defendants,

DON CHRISTOPHER WHITE, JR.
a/k/a "Lil Duck" or "Duck",
RASHEEM DAMONTE BOGAN
a/k/a "Sheem",
RAHEEM JACQUES HOUSTON
a/k/a "Heem",
DEAGUISE RAMONT HALL,

1

BRANDON DESHANE BRANIGAN
a/k/a "B",
MICHAEL LINN CROSS
a/k/a "Mikey",
DEVELL CARL LEWIS
a/k/a "Vell",
LASHAWN D JAMES HENSLEY
a/k/a "Lil Shawn",
SIMMEON TERRELL HALL,
RICKY LEE CHILDS, JR.,
TIMOTHY JUSTIN BEAVER
a/k/a "Timmie",
DEVANTE ATWELL FRENCH,

and others known and unknown, were members and associates of a criminal organization known as the "Arsenal Courts Posse a/k/a Zone Fifth a/k/a Fifth Street Mafia a/k/a Rock Town Money Getters (RTMG) a/k/a Money Team," (hereinafter ENTERPRISE) whose members and associates engaged in acts of violence, including acts involving murder, robbery, assault, as well as narcotics distribution, and other criminal activities, and which was based out of Rock Island, Illinois, but operated throughout the Quad City Area, (specifically, Davenport, Iowa; Bettendorf, Iowa; Rock Island, Illinois; and Moline, Illinois).

2. The ENTERPRISE, including its leadership, its membership, and its associates constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. ENTERPRISE members and associates often communicate through various forms of electronic

communication, including social media, phone calls, and text messages. At times, members and associates use symbols and code words to communicate in order to avoid revealing their criminal activity.

3. The ENTERPRISE's origins began in Rock Island, Illinois, in the late 1990s/early 2000s. At that time, members and associates of the ENTERPRISE referred to themselves as the Arsenal Courts Posse. Arsenal Courts was the former name of Century Woods, a low-income housing apartment complex which members or associates of the ENTERPRISE lived in or frequented on a regular basis. The low-income housing apartment complex is located in the 1400 block of Fifth Street. Between 2009 and 2011, the younger members and associates of the ENTERPRISE began referring to themselves as "Zone Fifth" or "Fifth Street Mafia" continuing to represent the location of the ENTERPRISE's territory.

4. R.T.M.G. stands for Rock Town Money Getters and was a music group of Rock Island born rappers. R.T.M.G. claimed to be a rap group and not a gang, but R.T.M.G. feuded with anyone who did not respect Zone Fifth or Fifth Street Mafia. The majority of R.T.M.G. members also claim to be part of the ENTERPRISE. The group rapped about feuding with different cliques/groups from Iowa or other areas of the Quad Cities. In and around 2020, a smaller group within the ENTERPRISE began referring to themselves as "Money Team".

## Purposes of the Enterprise

5. The principal purposes and objectives of the enterprise are to distribute controlled substances; obtain money and things of value; and earn and maintain

respect in the neighborhood. To achieve those purposes and objectives, members and associates of the enterprise committed acts involving murder, robbery, threatened to commit acts of violence, and trafficked in controlled substances. The enterprise and its members and associates also sought to:

    a.    Enrich members and associates of the enterprise through, among other things, the distribution of controlled substances.

    b.    Preserve and protect the power, territory, and profits of the enterprise through intimidation, robbery, home invasions, assaults, threats of violence, and acts involving murder.

    c.    Promote and enhance the enterprise and its members' and associates' activities.

    d.    Keep victims and witnesses in fear of the enterprise and in fear of its members and associates through threats of violence.

    e.    Provide support to enterprise members and associates who were charged with, or incarcerated for, gang-related activities.

    f.    Prevent and retaliate against acts of violence perpetrated against the enterprise, and its members and associates.

    g.    Commit acts of violence against members and associates of rival gangs specifically, the 12th Street Boys, Savage Life Boys (SLB), On Cheeta Boys (OCB), American Born Kings (ABK), Boom Gang street gang, as well as other rivals, and to retaliate against acts of violence perpetrated against the enterprise, its

members and associates, by these rival gang members and associates and other rivals.

h. Earn respect or "street" credibility by perpetrating acts of violence, including shootings and acts involving murder against others and responding to any perceived disrespect to members of the enterprise.

## Means and Methods of the Enterprise

6. Among the means and methods by which the members and the associates of the enterprise conducted and participated in the conduct of the affairs of the enterprise were the following:

a. Members and associates of the enterprise operated and conducted their affairs through a series of principles or codes.

b. Members and associates of the enterprise managed the procurement, transfer, use, concealment, and disposal of firearms and dangerous weapons within the enterprise to protect gang-related personnel and operations, and to deter, eliminate, and retaliate against competitors and other rival street gangs and persons.

c. Members and associates of the enterprise agreed to distribute and distributed quantities of cocaine, cocaine base, and marijuana.

d. Members and associates of the enterprise agreed, planned, and conspired to commit acts of violence and shootings, including acts involving murder, against rival gang members and associates.

      e.      Members and associates of the enterprise agreed, planned, and conspired to commit acts of violence and shootings, including acts involving murder, against police officers.

      f.      Members and associates of the enterprise used, carried, and possessed firearms.

      g.      Members and associates of the enterprise represented themselves to be and identified themselves as gang members of the Arsenal Courts Posse a/k/a Zone Fifth a/k/a Fifth Street Mafia a/k/a Rock Town Money Getters a/k/a Money Team to intimidate victims and rivals, and in order to enhance their street credibility.

      h.      Members and associates of the enterprise promoted a climate of fear through violence and threats of violence.

      i.      Members and associates of the enterprise showed their affiliation by using a set of hand-signs. Members of the enterprise also disrespected rival gangs by taking photographs with the rival gang's hand-sign upside down.

      j.      Members and associates of the enterprise frequently used terms such as "Fif Street," "MOE (Money over everything and Mike Over Everything)," RTMG (Rock Town Money Getters), to show their alliance.

## COUNT 1
### (Racketeering Conspiracy)

      7.      Paragraphs One through Six are hereby realleged and incorporated as if fully set forth herein.

From in or about April 2006 through the present, both dates being approximate and inclusive, within the Southern District of Iowa and elsewhere, the defendants,

> DON CHRISTOPHER WHITE, JR.
> a/k/a "Lil Duck" or "Duck",
> RASHEEM DAMONTE BOGAN
> a/k/a "Sheem",
> RAHEEM JACQUES HOUSTON
> a/k/a "Heem",
> DEAGUISE RAMONT HALL,
> BRANDON DESHANE BRANIGAN
> a/k/a "B",
> MICHAEL LINN CROSS
> a/k/a "Mikey",
> DEVELL CARL LEWIS
> a/k/a "Vell",
> LASHAWN D JAMES HENSLEY
> a/k/a "Lil Shawn",
> SIMMEON TERRELL HALL,
> RICKY LEE CHILDS, Jr.,
> TIMOTHY JUSTIN BEAVER
> a/k/a "Timmie",
> DEVANTE ATWELL FRENCH,

together with other persons known and unknown, being persons employed by and associated with the ENTERPRISE, which engaged in, and the activities of which affected, interstate and foreign commerce, knowingly, and intentionally conspired to violate 18 U.S.C. § 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity, as that term is defined by 18 U.S.C. § 1961(1) and (5), consisting of multiple:

> a. Acts involving murder in violation of Iowa Code Sections 707.2, 707.3, 707.11, 706.1, 703.1, and 703.2;

b. Acts involving murder, in violation of 720 ILCS 5/9-1, 720 ILCS 5/8-4, 720 ILCS 5/8-2, and ILCS 5/5-1;

c. Acts involving robbery in violation of Iowa Code Sections 711.2, 711.3, 706.1, 703.1, and 703.2;

d. Acts involving robbery in violation of 720 ILCS 5/18-1, 720 ILCS 5/2-2, and ILCS 5/5-1;

e. Offenses involving the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in controlled substances, in violation of Title 21, United States Code, Sections 841 and 846.

It was a further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

## Overt Acts

8. In furtherance of the conspiracy and to achieve the object thereof, the defendants and others performed and caused to be performed the following acts, among others, in the Southern District of Iowa and elsewhere:

a. On August 19, 2006, DON CHRISTOPHER WHITE, JR., a/k/a "Lil Duck" or "Duck" and RASHEEM DAMONTE BOGAN, a/k/a "Sheem", murdered V.H. while she attended a family party with rival gang members.

  b. On October 9, 2007, DEAGUISE RAMONT HALL fired several shots at Victim A and Victim A's house after Victim A attempted to stop DEAGUISE RAMONT HALL from assaulting a female.

  c. On June 24, 2007, DEVELL CARL LEWIS a/k/a "Vell", drove two other persons to commit a robbery from Victim B. After taking a purse from Victim B, DEVELL CARL LEWIS a/k/a "Vell" helped the other persons flee by driving them away from the scene knowing they stole said purse.

  d. On May 11, 2009, BRANDON DESHANE BRANIGAN, a/k/a "B", along with two other persons, one known and one unknown to the grand jury, broke into an occupied residence from two different doors while armed with handguns and a knife, and stole property from the residence.

  e. On June 27, 2009, DEVANTE ATWELL FRENCH, along with two other persons known to the grand jury, conducted a drive-by shooting at a house occupied by rival gang member.

  f. On August 1, 2010, two ENTERPRISE members known to the grand jury, attempted to murder Victim C and Victim D, known rival gang members, by discharging a firearm at them. Victim C was shot in the face and neck and Victim D was shot in the arm.

  g. On June 13, 2011, RAHEEM JACQUES HOUSTON a/k/a "Heem", possessed with the intent to deliver cocaine.

  h. On August 6, 2011, MICHAEL LINN CROSS a/k/a "Mikey", intentionally tried to run over a uniformed police officer.

      i.      On September 21, 2011, MICHAEL LINN CROSS a/k/a "Mikey", possessed cocaine base.

      j.      On August 11, 2012, LASHAWN HENSLEY a/k/a "Lil Shawn", discharged a firearm at Victim E.

      k.      On September 5, 2012, DEVANTE ATWELL FRENCH shot a firearm at Victim F, a rival gang member.

      l.      On November 13 and November 19, 2012, RAHEEM JACQUES HOUSTON a/k/a "Heem", distributed cocaine to an undercover agent.

      m.      On November 29, 2012, RAHEEM JACQUES HOUSTON a/k/a "Heem" possessed ammunition.

      n.      On September 28, 2013, RICKY LEE CHILDS, JR., drove a vehicle while another ENTERPRISE member, known to the grand jury, shot at Victim D, a rival gang member.

      o.      On August 21, September 26, November 17, and November 20, 2014, SIMMEON TERRELL HALL delivered cocaine to another person.

      p.      On July 5, 2014, RAHEEM JACQUES HOUSTON, drove a vehicle while SIMMEON TERRELL HALL shot at Victim G, a rival gang member.

      q.      On July 8, 2015, DON CHRISTOPHER WHITE, JR. a/k/a "Lil Duck" or "Duck" distributed cocaine.

      r.      On January 9, 2016, BRANDON DESHANE BRANIGAN a/k/a "B", possessed a firearm in Rock Island, Illinois.

s. On February 27, 2016, BRANDON DESHANE BRANIGAN a/k/a "B", shot at Victim H and Victim I and Victim I's two minor children because of an ongoing feud with Victim I's brother, a known rival.

t. On March 17, 2016, BRANDON DESHANE BRANIGAN a/k/a "B", and another ENTERPRISE member shot at Victim J, a rival gang member.

u. On November 30, 2016, TIMOTHY JUSTIN BEAVER a/k/a "Timmie" possessed marijuana, cocaine, and a loaded Ruger LCP Firearm.

v. On April 26, 2020, DON CHRISTOPHER WHITE, JR. drove a getaway vehicle after he and at least two other persons attempted to steal Victim K's gold necklace and shot him.

w. On May 8, 2020, SIMMEON TERRELL HALL started a group messenger thread on Facebook for ENTERPRISE members to communicate regarding gang activity.

x. On May 18, 2020, MICHAEL LINN CROSS a/k/a "Mikey", messaged the ENTERPRISE Facebook chat that an incarcerated ENTERPRISE associate needed "3 more bands" [$3,000]. SIMMEON TERRELL HALL directed the ENTERPRISE "10 people drop $300".

y. On May 31, 2020, SIMMEON TERRELL HALL posted to the ENTERPRISE Facebook chat, "Love y'all n***** to be aware is to be alive loyalty ova royalty Fuck everybody who against".

z. On May 31, 2020, while the City of Davenport was experiencing civil unrest, RAHEEM JACQUES HOUSTON a/k/a "Heem", posted the following to

the ENTERPRISE Facebook chat in order to convince other ENTERPRISE members to conduct violence in the City of Davenport:

1. "Ain't shyt left in da city we might as well hit dis bitch";
2. "I'm ready to take one for da team";
3. "The city already tore up if we get it crackin everybody gone fall in line";
4. "we tryna test the police see if they done shoot or stand down cause I'm tryna go crazy"; and
5. "We need to do like Cali n***** n kill cops PUSSIES".

aa. On June 1, 2020, while the City of Davenport was experiencing civil unrest, DEVELL LEWIS a/k/a "Vell", LASHAWN HENSLEY a/k/a "Lil Shawn", MICHAEL LINN CROSS a/k/a "Mikey", DON CHRISTOPHER WHITE, JR. a/k/a "Lil Duck", DEAGUISE HALL, and "Duck", and RASHEEM BOGAN a/k/a "Sheem", traveled to Necker's Jewelry store in Davenport, Iowa, armed with firearms to steal merchandise.

bb. On June 1, 2020, while the City of Davenport was experiencing civil unrest, RASHEEM BOGAN a/k/a "Sheem", shot several rounds at Victim L, who he believed to be a rival gang member. MICHAEL LINN CROSS a/k/a "Mikey" was present with several other ENTERPRISE members and was unlawfully armed with a firearm.

cc. On June 1, 2020, while the City of Davenport was experiencing civil unrest, DON CHRISTOPHER WHITE, JR. a/k/a "Lil Duck" and "Duck", and

12

others, known and unknown to the grand jury shot at three undercover police officers, Victim M, Victim N, and Victim O while they were traveling in an unmarked police truck.

      dd.    On June 1, 2020, while the City of Davenport was experiencing civil unrest, DEVELL LEWIS a/k/a "Vell", LASHAWN HENSLEY a/k/a "Lil Shawn", MICHAEL LINN CROSS a/k/a "Mikey", DON CHRISTOPHER WHITE, JR. a/k/a "Lil Duck" and "Duck", DEAGUISE HALL, RASHEEM BOGAN a/k/a "Sheem", and RAHEEM HOUSTON a/k/a "Heem", were in possession of seven firearms, black gloves, ski masks, ammunition, a drum magazine, and several other firearm magazines.

      ee.    On May 15, 2021, TIMOTHY JUSTIN BEAVER a/k/a "Timmie" operated a vehicle while another person discharged multiple .40 caliber bullets at Victim Q, a known gang rival, and Victim R, an associate of Victim Q.

      ff.    On August 29, 2021, TIMOTHY JUSTIN BEAVER a/k/a "Timmie" shot at DH, a gang rival.

      gg.    On February 8, 2022, TIMOTHY JUSTIN BEAVER a/k/a "Timmie", possessed cocaine, marijuana, $9,000 in cash, and drug packaging.

      hh.    On February 25, 2022, DON CHRISTOPHER WHITE, JR. a/k/a "Lil Duck" or "Duck" shot at Victim U during a drug transaction.

All in violation of Title 18, United States Code, Section 1962(d).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Felon in Possession of Ammunition)**

On or about June 1, 2020, in the Southern District of Iowa, the defendant, RASHEEM DAMONTE BOGAN a/k/a "Sheem," in and affecting commerce, knowingly possessed one or more of the following ammunition, namely: CBC and Remington-Peters (RP), nine-millimeter ammunition. At the time of the offense, RASHEEM DAMONTE BOGAN a/k/a "Sheem," knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Felon in Possession of Firearms and Ammunition)**

On or about June 1, 2020, in the Southern District of Iowa, the defendant, RAHEEM JACQUES HOUSTON a/k/a "Heem" in and affecting commerce, knowingly possessed one or more of the following firearms, namely: a loaded, Glock 19, nine-millimeter pistol, with serial number BKBL339, a loaded, Glock 19, nine-millimeter pistol, with serial number BBWM618, and a loaded, Glock 22, .40 caliber pistol, with serial number VVR840. At the time of the offense, RAHEEM JACQUES HOUSTON a/k/a "Heem," knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Felon in Possession of Ammunition)

On or about December 4, 2021, in the Southern District of Iowa, the defendant, DON CHRISTOPHER WHITE, JR. a/k/a "Lil Duck" or "Duck", in and affecting commerce, knowingly possessed one or more of the following ammunition, namely: Winchester, Federal, Speer, and International Cartridge, nine-millimeter ammunition. At the time of the offense, DON CHRISTOPHER WHITE, JR. a/k/a "Lil Duck" or "Duck," knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Felon in Possession of Ammunition)

On or about March 27, 2022, in the Southern District of Iowa, the defendant, DEVANTE ATWELL FRENCH, in and affecting commerce, knowingly possessed ammunition, namely: Armscor, .380 caliber ammunition. At the time of the offense, DEVANTE ATWELL FRENCH knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

/s/
FOREPERSON

Richard D. Westphal
United States Attorney

By: /s/ Will R. Ripley
Will R. Ripley
Assistant United States Attorney