**United States District Court for the Southern District of Iowa**

Presiding: Honorable
Criminal No.                                              :    Clerk's Court Minutes –

_____

United States of America vs.

_____

Gov. Atty(s):                                            :    Indictment     Superseding Indictment      Information
Def. Atty(s):                                            :    Complaint     Warrant     Summons
Def. Appears:    In Person     Video Conference  :    Code Violation/Offense:
        All Parties Consent to Video Proceeding  :
Court Reporter:                                          :
Interpreter:                                             :
        Interpreter Sworn
_____
Date:
Initial Appearance Start Time:          Arraignment Start Time:          End Time:
_____

Initial Appearance

Advised of Rights                                        :
Advised of Consular Notification Rights                  :      Appointed/Previously Appointed FPD
Requesting Consular Notification     Yes     No :       Appointed/Previously Appointed CJA Counsel
Rule 5 Admonition Given                                  :      Retained Counsel
_____

Arraignment

Trial Scheduled for:                                     :    Advised of Charges/Maximum Penalties
Rule 16 Material due:                                    :    Indicted in True Name
Reciprocal Discovery due:                                :      True Name:
Pretrial Motions due:                                    :    Reading of Indictment Waived
Plea Notification Deadline:                              :    Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline:                                     :    Denied Forfeiture
Status/Scheduling Conference (Counsel Only):                  Defendant advised that failure to enter a plea by deadline
                                                         :    may negatively impact consideration and finding regarding
                                                              reduction in offense level based upon Acceptance of
                                                              Responsibility pursuant to USSG.
_____

Custody Status

                                                         :
Government Moved for Detention                           :    Detention Hearing Set:
Defendant Waived Preliminary Examination                 :    Before:
Defendant Waived Detention Hearing                       :    Courthouse:                     Room:
                                                         :
Court Ordered Defendant:                                 :    Revocation Hearing Set:
Released on Bond                                         :    Before:
Detained                                                      Courthouse:                     Room:
_____


                                                        _____
                                                        Deputy Clerk